

# NUMBER 13-20-00549-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

HOA DAO,                                                                                      Appellant,

v.

HOMEOWNERS OF AMERICA MGA, INC.,                              Appellee.

On appeal from the 151st District Court
of Harris County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Order Per Curiam**

This cause is before the Court on appellant's opposed third motion for extension of time to file appellant's brief. The record in this matter was filed on February 4, 2021, and appellant's brief was originally due on March 8, 2021. This Court previously granted two motions for extension of time to file appellant's brief in this case.

The Court, having fully examined and considered the extensions previously

granted in this cause, appellant's third motion for extension of time to file the brief, and appellee's response, is of the opinion that appellant's third motion for extension time be granted in part and denied in part.

It is therefore ordered that the Honorable Edward R. Batten, counsel for appellant, file the appellate brief with this Court on or before 5:00 p.m. on July 23, 2021. If appellant fails to comply with this order of the Court, the Court may dismiss the appeal for want of prosecution unless appellant reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

PER CURIAM

Delivered and filed on the
16th day of July, 2021.